UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:17-cr-356-T-24JSS

ANTHONY SANCHEZ
_____/

**ORDER**

THIS MATTER is before the Court on Defendant's Motion for Reconsideration of Release ("Motion"). (Dkt. 15.) The Government opposes the Motion. (Dkt. 25.) A hearing was held on this matter on August 30, 2017. For the reasons stated on the record at the hearing, and as stated below, Defendant's Motion is denied.

Defendant stands charged in a two-count Information with possession with intent to distribute a controlled substance and possession of a firearm in furtherance of a drug-trafficking crime in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 924(c)(1)(A)(i). (Dkt. 11.) On August 4, 2017, Defendant entered a plea of guilty to Counts One and Two of the Information. (Dkt. 17.) The plea was accepted on August 7, 2017, and Defendant's sentencing is scheduled for November 7, 2017. (Dkt. 23.)

Under 18 U.S.C. § 3143(a)(2), "[a] judicial officer shall order that a person who has been found guilty of an offense in a case described in subparagraph (A), (B), or (C) of subsection (f)(1) of section 3142 and is awaiting imposition or execution of sentence be detained unless: (A) the judicial officer finds there is a substantial likelihood that a motion for acquittal or new trial will be granted; or an attorney for the Government has recommended that no sentence of imprisonment be imposed on the person; and (B) the judicial officer finds by clear and convincing evidence that

the person is not likely to flee or pose a danger to any other person or the community." 18 U.S.C. § 3143(a)(2).

At the hearing, the Government argued that Defendant is statutorily prohibited from release under 18 U.S.C. § 3143(a)(2). Specifically, the Government argued that the first prong of Section 3143(a)(2) has not been met, as there is no reason to believe a motion for acquittal or new trial will be granted, and Defendant has been adjudicated guilty of an offense that carries a mandatory minimum term of five years in prison. In response, Defendant disputed the applicability of Section 3143 in this case and presented testimony concerning his reasons for seeking release, as well as conditions of release for the Court to consider. Upon consideration of the Motion, the Government's response, and the arguments from counsel at the hearing, the Court finds that Section 3143 mandates that Defendant be detained pending sentencing in this case. Defendant has failed to meet the standards for release set forth in 18 U.S.C. § 3143(a)(2). Additionally, given Defendant's prior failures to appear and violations of probation, this Court does not find by clear and convincing evidence that Defendant is not likely to flee or pose a danger to any other person or the community. Accordingly, Defendant's Motion for Reconsideration of Release (Dkt. 15) is **DENIED**, and Defendant is ordered **DETAINED**.

**DONE** and **ORDERED** in Tampa, Florida, on August 30, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record